This is to advise that on January 30, 2009

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 09-10

In action

Ct. No. 07-00360

Gallant Ocean (Thailand) Co., Ltd.,
(Plaintiff,)

v.

United States
(Defendant.)